**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Carlos SALAZAR–PENA, Defendant—
Appellant.**

**No. 09–50585.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 24, 2011.*

Filed June 8, 2011.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Gordon Stewart Brownell, St. Helena, CA, for Defendant–Appellant.

Before: PREGERSON, THOMAS, and PAEZ, Circuit Judges.

MEMORANDUM **

Carlos Salazar–Pena appeals from his guilty-plea conviction and 70–month sentence for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Salazar–Pena's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. The appellant has filed a pro se supplemental brief and the government has filed an answering brief. We have considered both.

Based on our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we remand the case to the district court with instructions that it strike the portion of the special condition of supervision which requires Salazar–Pena to "report to the probation officer within 24 hours of any reentry to the United States" because this requirement was included in the written judgment but not imposed at sentencing. *See United States v. Napier,* 463 F.3d 1040, 1042 (9th Cir.2006); *see also United States v. Hicks,* 997 F.2d 594, 597 (9th Cir.1993).

Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

AFFIRMED; REMANDED to correct the judgment.